United States District Court
Southern District of Texas
**ENTERED**
July 09, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| David Alexander, § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | | Civil Action H-20-2997 |
| § | | |
| Kilolo Kijakazi, § | | |
| Acting Commissioner of the § | | |
| Social Security Administration, § | | |
| *Defendant*. § | | |

## ORDER OF ADOPTION

On June 24, 2022, Magistrate Judge Peter Bray recommended that David Alexander's motion for summary judgment be denied and Defendant's motion for summary judgment be granted. ECF No. 21. Plaintiff filed objections. ECF No. 22. Plaintiff's objections are overruled.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The Commissioner's final decision is affirmed.

Signed on July 9, 2022, at Houston, Texas.

David Hittner
United States District Judge